## EX PARTE SOLARES.

### SOLICITUD para que se expida mandamiento de Habeas Corpus.

No. 16.—Resuelto en Agosto 28, 1903.

MANDAMIENTOS DE ARRESTO.—SUS REQUISITOS.—Los mandamientos de arresto deberán expedirse en nombre y por la autoridad del Pueblo de Puerto Rico, y la falta de ese requisito produce la nulidad del mandamiento.

CAUCIÓN PARA NO TURBAR LA PAZ.—PROCEDIMIENTOS.—En los procedimientos sobre caución para no turbar la paz pública, el denunciado no puede ser condenado sin habérsele oido en el juicio correspondiente y con recibimiento de las pruebas que tuviere á bien presentar, de acuerdo con el Art. 67 del Código Penal.

### EXPOSICIÓN DEL CASO.

*Resultando:* que cumplido el mandamiento librado para la presentación del preso Eloy Solares Vanga, ante el que provee, se celebró la vista de estas diligencias, en cuyo acto solicitó el abogado defensor del promovente se trajeran á la vista las actuaciones practicadas por el Juez de Paz de Manatí, con motivo de la denuncia formulada contra Solares, y que ha dado lugar á su prisión, y que conforme con dicha solicitud el representante del Ministerio Fiscal, se reclamaron y fueron traidas á esta presidencia las referidas actuaciones, de las que resulta que ratificado el denunciante y confirmada la denuncia por tres testigos, cuyas declaraciones aparecen extendidas por escrito y firmadas por los respecti-

#### No. 16.—Decided August 28, 1903.

vos declarantes, dictó seguidamente el Juez de Paz de Manatí el auto disponiendo que el denunciado Eloy Solares prestara fianza ó caución en cantidad de quinientos pesos, comprometiéndose á no turbar la paz contra el Pueblo de Puerto Rico, y particularmente contra el denunciante, y cuya fianza sería válida y obligatoria por el término de seis meses; y que notificado Solares de la denuncia, y requerido para que prestara la referida fianza, por diligencia extendida á continuación de dicho auto, y suscrita por el Juez de Paz y Secretario del Juzgado, manifestó Solares que negaba la denuncia y que carecía de bienes para prestar dicha fianza, diligencia que aparece sin la firma del denunciado, no obstante que sabe escribir, y sin que se explique el motivo de no haberla firmado; y que no habiendo prestado la fianza que se le exigía, expidió. el Juez de Paz el mandamiento para la prisión del denunciado, en su sólo nombre y por su propia autoridad.

*Resultando:* que continuada la vista en el día de ayer, presentó escrito el abogado defensor del promovente interesando la libertad de su defendido, entre otras razones, por no habérsele oído en la forma que prescribe el Art. 67 del Código Penal vigente, y por la nulidad del mandamiento, por no haber sido expedido en nombre del Pueblo de Puerto Rico, ofreciendo pruebas, y pidiendo subsidiariamente la reducción de la fianza; habiendo estado conforme el representante del Ministerio Fiscal, con lo alegado por el abogado defensor del promovente, en cuanto á la nulidad del mandamiento.

Abogado del peticionario: *Sr. Ginorio ( Emigdio S.)*

Abogado del Pueblo: *Sr. Feuille*, Assistant Attorney General.

El Juez Presidente Sr. Quiñones, después de exponer los hechos anteriores, emitió la siguiente opinión:

*Considerando:* que no habiendo sido expedido el mandamiento para la prisión del denunciado Eloy Solares, en nombre y por la autoridad del Pueblo de Puerto Rico, como lo

in writing over their signatures, the justice of the peace of Manatí issued an order directing that the accused Eloy Solares, be required to give bond in the sum of five hundred dollars to keep the peace toward the People of Porto Rico, and particularly toward the complainant, which bond would be valid and binding for six months; and that upon being served with notice of said complaint and required to furnish the said bond, according to return of said service entered at the end of the order and signed by the justice of the peace and clerk of the court, Solares stated that he denied the charge and had no property wherewith to furnish such bond, said return appearing without the signature of the accused, although he was able to write, no reason being given for such omission; and that Solares having failed to furnish the bond required of him, the justice of the peace had issued the warrant for his arrest, solely in his name and by his own authority.

The hearing having been resumed yesterday, counsel for petitioner filed an application for the discharge of his client, alleging among other reasons, that he had not been heard in the manner prescribed by section 67 of the Penal Code in force; that the warrant was void because it had not been issued in the name of the People of Porto Rico, all of which he would prove, and incidentally asked that the amount of the bond be reduced. The representative of the Attorney General indorsed the allegations of counsel for petitioner with reference to the nullity of the warrant.

dispone por regla general, para esa clase de documentos, el Código de Enjuiciamiento Criminal, en cumplimiento de lo que sobre el particular prescribe la Sección 16 de la Ley Orgánica, para el gobierno y administración civil de esta isla, de 12 de Abril de 1900, es nulo dicho mandamiento, y no ha podido surtir efectos eficaces para privar de su libertad al promovente Eloy Solares.

*Considerando*, á mayor abundamiento que no habiendo sido oído éste en la forma que prescribe el Art. 67 del Código Penal, no ha podido condenarlo el Juez de Paz de Manatí sin extralimitarse de su jurisdicción, que no lo autorizaba para condenar al procesado ántes de oirlo y de recibir sus pruebas, si las hubiera presentado, y por consiguiente con infracción de una de las formas más esenciales del juicio especial que para estos casos se establece en el Título 6 del vigente Código Penal.

*Considerando*, por tanto, que debe estimarse comprendido el caso en los números 1º y 3º del Art. 483 del Código de Enjuiciamiento Criminal y que en su consecuencia procede la excarcelación del promovente. Póngase inmediatamente en libertad al preso Eloy Solares Vanga, notificándose esta resolución al Alcaide de la Cárcel, para su cumplimiento, y expidiéndosele el correspondiente mandamiento para los demás efectos procedentes: y devuélvanse al Juez de Paz de Manatí las diligencias que elevara á esta Presidencia sobre la prisión del citado Eloy Solares, con copia de la presente resolución, para su conocimiento y demás efectos que procedan.